Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa Division

Keytric Isaac
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sheriff BoB Gualtier, Et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 8:19 cv 1492 T02 TGW
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Keutric Isaac
   All other names by which you have been known: N/A
   ID Number: 1767395
   Current Institution Address: Pinellas County Jail Sheriff Detention & Correction
   14400 49th Street North
   Clearwater     FL     33762
   City           State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Mr. Dugmore
   Job or Title (if known): Jail Deputy
   Shield Number: 3811
   Employer: Pinellas County Jail Sheriff Detention and Correction
   Address: 14400 49th Street North
   Clearwater     FL     33762
   City           State   Zip Code
   [✓] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name: Pinellas County Jail Sheriff Detention & Correction
   Job or Title (if known):
   Shield Number: N/A
   Employer: Pinellas County Jail Sheriff Detention & Correction
   Address: 14400 49th Street North
   Clearwater     FL     33762
   City           State   Zip Code
   [✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Bob Gualtier
- Job or Title (if known): Sheriff Suppervisor
- Shield Number: N/A
- Employer: Pinellas County Sheriff Office
- Address: P.O. Drawer 2500, Largo, FL 33779

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Admendment of United States Constitution, Cruel unusual Punishment Clause

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See Statement of Facts Attachments.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A none Applicable

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
The following Events Happened at Pinellas County Jail Sheriff Detention & Correction Facility 14400 49th Street North Clearwater, FL 33762

Page 4 of 11

# STATEMENT OF FACTS

1.) Here at Pinellas County Jail Sheriff Detention & Correction Facility 14400 49th Street North Clearwater, FL 33762. There is Predominat attitude of Bigotry Viciousness, racism and violence towards People of Color most generally encountered from Employees, that Work here Who Exercise there Control and utilize there position of Authority to afflict Physical Abuse upon pretrial Detainees in there Care, Custody, awaiting trial.

2.) The forementioned Facts Describe therein this Civil Complaint. Happen On March 21, 2019, Time 11:07 am, involves Deputy Dugmore Bage number 5811. Who subjected me to Cruel unusual Punishment in violation of united states Constitution Eight Admendment Clause.

3.) On March 21, 2019 Time 11:07 AM I was Housed On Delta Wing Pod 4; That Day I went to a sick Call schedule Medical Appointment that morning. I got into a verbal Confrontation With Deputy Dugmore Bage number #5811, as a Result of him using racially Charge Language Towards me

## STATEMENT OF FACTS

4) While Walking back from Sick Call. Deputy Dugmore, Stated "nigger Stand on the Wall". Instead of my name Tag, which Pre-trial Detainees, are to be address by according to Policy. In the Process of Being Escorted back to my Housing area DW-4. Deputy Dugmore Placed me in hand Cuff restraints behinde my Back and Continued to provoke me, and Engage in verbal profanity, and racial aggression Directed at me of which Deputy Dugmore Called me, a "Black Colored Piece of Shitt". Against Employee Regulation Chapter (3) Subsection (3.2) and (3.3) which States No Employee Shall threaten, intimidate or otherwise harass or Abuse and Reteliate against Pre-trial Detainees, in Care, Custudy, Control.

5) When Deputy Dugmore, Called me "Black Colored Piece of Shit". and continued to Engage in racial aggression and verbal profanity Directed at me, my response was, I said, "Your Mother is". Because of my Sarcasm. Deputy Dugmore instantly Struck and Punch me on my Blind Side of my head area in the Hallway With his fist to the Back of my Head and Proceeded to Grabb my Face area, Push and Ramm it into the Steel bar Gates.

## STATEMENT OF FACTS

6) While unable to Defend myself in hand cuff restraint behinde my back, Powerless unable to Stop Deputy Dugmore illegal Actions. Deputy Dugmore Procceded to viciously intentionaly Picked me up off the Floor and Body Slam me Head and Neck Face First into the Concret Floor With tremendous Force, With retaulitory Malicious and Sadistic intent to afflict Cruel inHumane punishment upon me and to cause great bodly harm upon me, With thought Lessness Disregard for my Heath, Safety and Wellbeing and not in accordance With Standard Rule Care, Custody, Control Policy.

7) After Deputy Dugmore Body Slam me upon the Concret Floor I Laid motionless in Great Pain and Seriously injured Deputy Dugmore Stood over me and Stated "Your not so tough Now Nigger Look at You Nigger." I was refused Medical treatment Due to medical personnel Exam, She told me there Was no visible injurys, when clearly there was sufficient Head trauwma Severe swolleness Sustain Great Bodly Injury. I Explaine pictures Where taken of my swollen Face. The Medical Staff never Documented my injury in my Medical Chart and refuse to Give Me Pain Medication and refuse to Give me Medical treatment, with Deliberate indifference to my serious medical needs for treatment. As a Result of Jail officials and Medical Staff, I Languish in Excruciating Pain torture, Severity Head and Neck and Back trauma, Bleeding From Head area and Facail area, with No Medical Services Provided to me, and Not Given any Exray or MRI.

## STATEMENT OF FACTS

8.) After the Physical Abuse occurred Jail officials corroborated with Fictious Disciplinary Reports, to cover up there illegal Action which is an ongoing Practice to shield and Protect Jail officials from any wrong doing who demonstrate arbitrary and capricious disregard of human rights of all Pretrial Detainees Here at this Jail Facility

9.) I did File a Grievance upon Kiosk messaging System on 3-23-19 12:39 pm. Here At Pinellas County Jail; Jail official Sgt. Guzman and Sgt. Blunt Prohibit all Pretrial Detainees from obtaining threw the Permission Ask first Screening Process Policy threw there unconstitutional Policy which is Existing on Going. Pretrial Detainees and Federal Detainees aren't allowed Permission from the Kiosk messaging System, Control by Sgt. Guzman and Sgt. Ms. Blunt Regarding Access to Administrative Grievances to Report Random Malicious Physical Abuse against Employees who are actively Beating Pretrial Detainees and Federal Detainees in hand restraint cuffs aren't allow Permission from Seargents to Report Sexual Harassment aren't allow to Report Retaliation, or Rape or PREA Complaints or in Humane Condition of Confinement. Pretrial Detainees and Federal Detainees aren't allowed to Report or ask for Permission to Grieve against Staff Employees who Engage in this Conduct towards us. The Jail officials shield to Protect Employees with disregard of human rights of all Pretrial Detainees awaiting Trail, in there custody, care, and Control, Here at Pinellas county Jail

## STATEMENT OF FACTS

10) Sheriff BoB Gualtier Responsible, for suppervising controling and training Detention correctional Employees Here at Pinellas Jail. Had awareness from my family who called by tellePhone to Report Actions of Jail officials Physical ABuse.

11) For Years Sheriff BoB Gualtier who's Responsible for all Safety, Health and Wellbeing of all Pretrial Detainees and Federal Detainees, in his individual capacity, Housed under His Direct suppervision, has allowed me and many others to be Physically ABuse by his Employees under his control and suppervision, with Deliberate indifference to my safety wellbeing. Sheriff BoB Gualtier has violated my Eight Admendment Right to the united states constitution.

12) Inaddition Sheriff BoB Gualtier Failed to Exercise, ordinary and reasonable care ensure my safety, Health, and Wellbeing. Sheriff BoB Gualtier Failed to Exercise his Legal Duty to ensure State Law and Federal Law are upHeld and Follow by Detention Jail official in regards to human rights of all Pretrial Detainees and Federal Detainees. Pretrial Detainees continue to Physical ABuse, tortured, subjected to Deplorable inhumane condition of confinement. Other civil complaint have been file against Sheriff BoB Gualtier Inmate Connor Delots civil case No. 8:14-CV-516-7-33cPT and Pretrial Detainee Carlos Glover, Yet Sheriff BoB Gualtier refuses to Give Reprisal to Employees who Engage in Malicous sadistic abuse against Pretrial Detainees under his Jurisdiction. Hereby Declare under Penalty of Perjury that the foregoing Facts are true and Correct Pursuant to 28 §1746 and 18 U.S.C. §1621 Florida Statue 92.525. Affiant Signature:_____ Date____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attachment Statement of Facts

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Statement of Facts Attachments

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustain Brain injury, Spinal Cord injury, Neck injury and Back injury, I sustain internal Brain and Spinal Hemorrhage injury. I sustain Mental injury, I required Pain medication, Exray and MRI, and treatment for cuts and Laceration and Physical therapy, rehabilitation; I Languish in Excruciating Pain torture, and was Not Given any medical services; I have Permanet slip Back Disk injury

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Damand Trial By Jury; Compatory Damages in ammount of $120,000; one hundred, twenty thousand, Punitive Damages in ammount of $120,000; one hundred twenty thousand. Individually as a Result of causing injury to Plaintiff.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Pinellas County Jail Sheriff Detention & Correction 14400 49th Street North Clearwater, FL 33762

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Physically Abuse by Employee Dugmore, Reported What occurred and Denial of Medical care

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
Wrote Grievance on 3-20-19 12:39 pm upon the Kiosk Messaging System

2. What did you claim in your grievance?
Reported Physical Abuse by Staff and Denied Medical Care

3. What was the result, if any?
Sgt. Guzman and Sgt. Blunt sabotage and prohibited me from Getting Permission to File Grievance, concerning what occurred

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Jail official Seargent, who utilize there Authority control of All Administrative Grievance, Prohibit me and All Pretrail Detainees, from obtaining Appeals & Grievance to Sheild Protect there Employees.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A
   None Applicable

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I Had my Family call Sheriff Bob Gualtier to File Complaints on Detention Employees for Abuse

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___None Applicable___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   ___N/A None Applicable___

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A None Applicable___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

Page 9 of 11

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) __N/A__

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

__None Applicable__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-12-19

Signature of Plaintiff: X
Printed Name of Plaintiff: Keytric Isaac
Prison Identification #: 1767393
Prison Address: Pinellas County Jail 14400 49th Street North
Clearwater     FL     33762
City           State   Zip Code

### B. For Attorneys

Date of signing: 06-12-19

Signature of Attorney: N/A none Applicable
Printed Name of Attorney:
Bar Number:
Name of Law Firm: N/A
Address:

City     State    Zip Code

Telephone Number:
E-mail Address: