UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEYTRIC ISAAC,**

      **Plaintiff,**

v.                               **Case No:  8:19-cv-1492-T-02TGW**

**DEPUTY DUGMORE and NURSE
CARTER,**

      **Defendants.**
_____/

**ORDER**

On November 25, 2019, the Court dismissed Plaintiff's amended civil rights complaint and ordered Plaintiff to file a second amended complaint within twenty-one days. (Doc. 18).  The order was mailed to the last known address of Plaintiff. On January 2, 2020, the order was returned by the United States Postal Service as undeliverable.

Plaintiff has an obligation to keep this Court advised of his current address in order to effectively process this litigation.  Accordingly, due to Plaintiff's lack of prosecution in this matter, this action is **DISMISSED, without prejudice.**  The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on January ___15___, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE